IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Central Laborers' Pension Welfare and Annuity Funds, Plaintiffs, v. Paradise Environmental Services, Inc. Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No.04-CV-104-MJR |

**ORDER**

Presently before the Court are Plaintiff's Petition for Contemp (Doc. 54) filed on June 14, 2006, Plaintiff's Motion for Leave to File an Amended Petition for Contempt (Doc. 63) filed on August 28, 2006, and Plaintiff's Amended Petition for Contempt (Doc.64) filed on August 29, 2006. In the Petition for Contempt Plaintiff asked the Court for a finding of contempt against Danny Bland. In the Amended Petition for Contempt, for which Plaintiff seeks leave to file, Plaintiff asks for a finding of contempt against Lawrence Kaplan.

On August 23, 2006, the Court held a hearing at which all necessary parties appeared.[1] At that hearing, the parties presented evidence and made arguments to the Court regarding their respective positions on the matters before the Court. There was no court reporter present and the matter was recorded using the Court's recording system, FTR Gold. It has now come to the Court's attention that the recording of that day is unintelligible. The Court could put out an order without a record to memorialize the evidence and argument but it declines to do so.

---

[1] Central Laborers' Pension Fund was represented by Attorney Patrick R. Foley. Paradise Environmental was represented by Lawrence Kaplan. Mr. Bland was also present.

**THEREFORE**, it is the order of the Court that the hearing previously held will be resumed on March 19, 2007 at 9:00 a.m. at the U.S. Courthouse, 750 Missouri Ave., East St. Louis, IL.  The Court will order a court reporter to transcribe the hearing.  The parties are **ORDERED** to be present.


**DATED:   March 2, 2007**

*S/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**